IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01524-BNB

EARL J. CROWNHART,

    Plaintiff,

v.

THE PEOPLE OF MESA COUNTY,
THE PEOPLE OF COLORADO, and
SKIP CROWNHART,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Earl J. Crownhart, a *pro se* prisoner litigant, currently is held at the Colorado Mental Health Institute in Pueblo, Colorado. On August 7, 2012, the Court denied Mr. Crownhart leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), because he has filed at least three actions that were dismissed for failure to state a claim, and he has failed to set forth specific allegations in this action of ongoing serious physical injury or a pattern of misconduct evidencing the likelihood of imminent serious physical injury.

    The Court instructed Mr. Crownhart to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. The Court warned Mr. Crownhart that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

    Mr. Crownhart now has failed to pay the filing fee in full within the time allowed. The Complaint and the action, therefore, will be dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order or the Court's previous orders in this case, including ECF Nos. 9 and 17, is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). Mr. Crownhart must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) because Mr. Crownhart failed to pay the $350.00 filing fee in full within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  12th  day of     September     , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court