IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01524-LTB

EARL J. CROWNHART,

    Plaintiff,

v.

THE PEOPLE OF MESA COUNTY, and
THE PEOPLE OF COLORADO,

    Defendants.

___

# JUDGMENT

___

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, District Judge, on September 12, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 12 day of September, 2012.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/L. Gianelli
                                    Deputy Clerk